Frank WHITE, as Treasurer of the United States, and Thomas W. Miller, as Alien Property Custodian, Appellants, v. MECHANICS' SECURITIES CORPORATION, a Corporation, Appellee.

(Court of Appeals of District of Columbia. Submitted January 7, 1925. Decided March 2, 1925.)

No. 4195.

D. H. Stanley, C. W. McClean and Peyton Gordon, all of Washington, D. C., for appellants.

M. C. Hall, of Washington, D. C., for appellee.

PER CURIAM. The decree entered in this case in the Supreme Court of the District of Columbia is affirmed, on the authority of the opinion and judgment this day rendered in No. 4202, Frank White, Treasurer of the United States, and Thomas W. Miller, Alien Property Custodian, v. Securities Corporation General, a Corporation, and other cases included in said opinion, —— App. D. C. ——, 4 F.(2d) 619.

Petition for allowance of appeal to the Supreme Court of the United States allowed May 4, 1925.